UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN CABRALES, individually and on behalf of all others similarly situated, | § § § § § | |
| *Plaintiff,* | § | Civil Action No. 3:20-cv-01703-X |
| v. | § § § | |
| MIDLAND CREDIT MANAGEMENT, INC., | § § § § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal [Doc. 20], the Court **ORDERS** that this entire action be **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear their own fees and costs.

**IT IS SO ORDERED** this 7th day of December, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE